AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

DISTRICT OF      DELAWARE

BOSTON SCIENTIFIC CORPORATION, INC.
and BOSTON SCIENTIFIC SCIMED, INC.

             Plaintiff(s),

V.

JOHNSON & JOHNSON, INC. and
CORDIS CORPORATION,
             Defendant(s).

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 07-

07-348

TO: (Name and address of defendant)

     CORDIS CORPORATION
     c/o Secretary of State
     Division of Corporations
     John G. Townsend Federal Building
     401 Federal Street, Suite 4
     Dover, DE 19901

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

     John W. Shaw, Esquire
     Karen E. Keller, Esquire
     Young Conaway Stargatt & Taylor, LLP
     The Brandywine Building
     1000 West Street, 17th Floor
     P. O. Box 391
     Wilmington, DE 19899-0391

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO                    JUN 0 1 2007

CLERK                                                            DATE

(BY) DEPUTY CLERK

DB01:2400676.1                                                               900002.0003

AO 440 (Rev 10/93) Summons in a Civil Action

| RETURN OF SERVICE ||
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE  6/4/07 |
| NAME OF SERVER (PRINT)  Sean Boykevich | TITLE  Special Process Server |
| Check one box below to indicate appropriate method of service ||

☒ Served personally upon the defendant. Place where served: _Delaware Secretary of State 401 Federal Street Dover DE 19901_

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  6/4/07
              Date                                    Signature of Server

Parcels Inc
15 E North Street
Dover DE 19901
Address of Server

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.