IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BOSTON SCIENTIFIC CORPORATION and BOSTON SCIENTIFIC SCIMED, INC., | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | C.A. No. 07-348-SLR |
| JOHSON & JOHNSON, INC. and CORDIS CORPORATION, | ) ) ) ) | |
| Defendants. | ) | |

## STIPULATED ORDER

IT IS HEREBY STIPULATED AND AGREED, subject to the approval and order of the Court, that defendants shall have until July 18, 2007 to answer, move, or otherwise respond to the complaint in the above action, or until such other date as the Court may order in its decision on defendants' motion for an enlargement of time to respond to the complaint in C.A. No. 07-333-SLR (D.I. #7 in 07-333-SLR) ("the Motion"). The parties further stipulate that they will comply with the Court's decision on the Motion, as if it were also entered herein.

| | |
|---|---|
| YOUNG CONAWAY STARGATT & TAYLOR LLP | ASHBY & GEDDES |
| */s/ Josy W. Ingersoll* | */s/ Steven J. Balick* |
| Josy W. Ingersoll (I.D. #1088) Karen E. Keller (I.D. #4489) The Brandywine Building 1000 West Street, 17th Floor Wilmington, DE 19801 302-571-6600 *Attorneys for Plaintiffs* | Steven J. Balick (I.D. #2114) John G. Day (I.D. #2403) Lauren E. Maguire (I.D. #4261) 500 Delaware Avenue, 8th Floor P.O. Box 1150 Wilmington, Delaware 19899 302-654-1888 *Attorneys for Defendants* |

2

SO ORDERED this _____ day of _____, 2007.

_____
Chief Judge

181775.1

2