IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BOSTON SCIENTIFIC CORPORATION and<br>BOSTON SCIENTIFIC SCIMED, INC., | )<br>)<br>) | |
| Plaintiffs, | )<br>) | Civil Action No. 07-348-SLR |
| v. | )<br>) | |
| JOHNSON & JOHNSON, INC. and<br>CORDIS CORPORATION, | )<br>)<br>) | |
| Defendants. | ) | |

## STIPULATION AND ORDER EXTENDING TIME

WHEREAS defendants Johnson & Johnson, Inc. and Cordis Corporation filed a Motion to Dismiss for Lack of Subject Matter Jurisdiction and, under the Local Rules, plaintiffs' opposition to defendants' motion would be due on August 6, 2007; and

WHEREAS, similar motions were filed by defendants in Civil Action Nos. 07-333 and 07-409 ("the motions"), and responses to the motions are due on various dates, but the parties have agreed to the filing of responses to all motions on August 10, 2007;

IT IS HEREBY STIPULATED by and between the parties, subject to the approval and order of the Court, that plaintiffs shall file and serve a response to defendants' motion by August 10, 2007.

DB01:2432966.1                                                                                         054604.1003

| YOUNG, CONAWAY, STARGATT & TAYLOR, LLP | ASHBY & GEDDES |
|---|---|
| /s/ Josy W. Ingersoll | /s/ Steven J. Balick |
| Josy W. Ingersoll (#1088)<br>Karen E. Keller (#4489)<br>1000 West Street, 17th Floor<br>P.O. Box 391<br>Wilmington, DE 19899<br>(302) 571-6600<br>jingersoll@ycst.com | Steven J. Balick (#2114)<br>John G. Day (#2403)<br>Lauren E. Maguire (#4261)<br>500 Delaware Avenue, 8th Floor<br>P.O. Box 1150<br>Wilmington, DE 19899<br>(302) 654-1888<br>sbalick@ashby-geddes.com |
| *Attorneys for Plaintiffs* | *Attorneys for Defendants* |

SO ORDERED this _____ day of _____, 2007.

_____
United States District Judge

DB01:2432966.1

054604.1003