IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BOSTON SCIENTIFIC CORPORATION and BOSTON SCIENTIFIC SCIMED, INC., | ) ) ) | |
| Plaintiffs, | ) ) | Civil Action No. 07-333-SLR |
| v. | ) ) | |
| JOHNSON & JOHNSON, INC. and CORDIS CORPORATION, | ) ) ) | |
| Defendants. | ) | |
| BOSTON SCIENTIFIC CORPORATION and BOSTON SCIENTIFIC SCIMED, INC., | ) ) ) ) | |
| Plaintiffs, | ) ) | Civil Action No. 07-348-SLR |
| v. | ) ) | |
| JOHNSON & JOHNSON, INC. and CORDIS CORPORATION, | ) ) ) | |
| Defendants. | ) | |
| BOSTON SCIENTIFIC CORPORATION and BOSTON SCIENTIFIC SCIMED, INC., | ) ) ) ) | |
| Plaintiffs, | ) ) | Civil Action No. 07-409-SLR |
| v. | ) ) | |
| JOHNSON & JOHNSON, INC. and CORDIS CORPORATION, | ) ) ) | |
| Defendants. | ) | |

**STIPULATION AND ORDER EXTENDING TIME**

    IT IS HEREBY STIPULATED AND AGREED by and between the parties,

subject to the approval and order of the Court, that the time within which plaintiffs may file and

serve a response to defendants' Motion to Dismiss for Lack of Subject Matter Jurisdiction shall be extended by one business day to and including August 13, 2007.

| YOUNG, CONAWAY, STARGATT & TAYLOR, LLP | ASHBY & GEDDES |
|---|---|
| /s/ *Josy W. Ingersoll* | /s/ *Steven J. Balick* |
| Josy W. Ingersoll (#1088) | Steven J. Balick (#2114) |
| Karen E. Keller (#4489) | John G. Day (#2403) |
| 1000 West Street, 17th Floor | Lauren E. Maguire (#4261) |
| P.O. Box 391 | 500 Delaware Avenue, 8th Floor |
| Wilmington, DE 19899 | P.O. Box 1150 |
| (302) 571-6600 | Wilmington, DE 19899 |
| jingersoll@ycst.com | (302) 654-1888 |
| | sbalick@ashby-geddes.com |
| *Attorneys for Plaintiffs* | *Attorneys for Defendants* |

SO ORDERED this _____ day of _____, 2007.

_____
United States District Judge