IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BOSTON SCIENTIFIC CORPORATION and BOSTON SCIENTIFIC SCIMED, INC., <br><br> Plaintiffs, <br><br> v. <br><br> JOHNSON & JOHNSON, INC. and CORDIS CORPORATION, <br><br> Defendants. | Civil Action No. 07-333-SLR |
| BOSTON SCIENTIFIC CORPORATION and BOSTON SCIENTIFIC SCIMED, INC., <br><br> Plaintiffs, <br><br> v. <br><br> JOHNSON & JOHNSON, INC. and CORDIS CORPORATION, <br><br> Defendants. | Civil Action No. 07-348-SLR |
| BOSTON SCIENTIFIC CORPORATION and BOSTON SCIENTIFIC SCIMED, INC., <br><br> Plaintiffs, <br><br> v. <br><br> JOHNSON & JOHNSON, INC. and CORDIS CORPORATION, <br><br> Defendants. | Civil Action No. 07-409-SLR |

**NOTICE OF SERVICE**

PLEASE TAKE NOTICE that on January 11, 2008, copies of

*BSC's First Set of Interrogatories to Cordis (Nos. 1-6)*, and

*BSC's First Set of Requests for the Production of Documents and Things to Cordis (Nos. 1-65)*;

were served upon the following counsel of record in the manner indicated:

| By Hand Delivery and E-Mail | By E-Mail |
|---|---|
| Steven J. Balick, Esquire [sbalick@ashby-geddes.com]<br>John G. Day, Esquire [jday@ashby-geddes.com]<br>Lauren E. Maguire, Esquire [lmaguire@ashby-geddes.com]<br>ASHBY & GEDDES<br>500 Delaware Avenue, 8th Floor<br>Wilmington, DE 19801 | David T. Pritikin, Esquire [dpritikin@sidley.com]<br>William H. Baumgartner, Esquire [wbaumgartner@sidley.com]<br>Paul E. Veith, Esquire [pveith@sidley.com]<br>Russell E. Cass, Esquire [rcass@sidley.com]<br>SIDLEY AUSTIN LLP<br>One South Dearborn<br>Chicago, IL 60603 |

Additionally, the undersigned hereby certifies that on January 11, 2008, this Notice of Service was electronically filed with the Clerk of the Court using CM/ECF and served upon the following counsel of record in the manner indicated above.

Dated: January 11, 2008

YOUNG CONAWAY STARGATT & TAYLOR LLP

*/s/ Karen L. Pascale*

Josy W. Ingersoll (No. 1088) [jingersoll@ycst.com]
Karen L. Pascale (No. 2903) [kpascale@ycst.com]
Karen E. Keller (No. 4489) [kkeller@ycst.com]
Andrew A. Lundgren (No. 4429) [alundgren@ycst.com]
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
(302) 571-6600

*Attorneys for Plaintiffs,*
*Boston Scientific Corporation and*
*Boston Scientific Scimed, Inc.*

2

OF COUNSEL:

Richard L. DeLucia
Paul M. Richter
Michael K. Levy
Jerry Canada
KENYON & KENYON LLP
One Broadway
New York, New York 10004
(212) 425-7200