IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BOSTON SCIENTIFIC CORPORATION and<br>BOSTON SCIENTIFIC SCIMED, INC., | )<br>)<br>) | |
| Plaintiffs, | )<br>) | Civil Action No. 07-333-SLR<br>Civil Action No. 07-348-SLR |
| v. | )<br>) | Civil Action No. 07-409-SLR<br>Civil Action No. 07-765-SLR |
| JOHNSON & JOHNSON, INC. and<br>CORDIS CORPORATION, | )<br>)<br>) | |
| Defendants. | ) | |

## NOTICE OF SERVICE

The undersigned hereby certifies that on the 6th day of February, 2008, **DEFENDANTS JOHNSON & JOHNSON, INC. AND CORDIS CORPORATION'S SECOND SET OF REQUESTS FOR PRODUCTION (NOS. 94-154)** was served upon the following counsel of record at the address and in the manner indicated:

Josy W. Ingersoll, Esquire                          HAND DELIVERY
Young Conaway Stargatt & Taylor LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE  19801

Richard L. DeLucia, Esquire                         VIA ELECTRONIC MAIL
Kenyon & Kenyon
One Broadway
New York, NY  10004

ASHBY & GEDDES

/s/ Lauren E. Maguire
_____
Steven J. Balick (I.D. # 2114)
John G. Day (I.D. #2403)
Lauren E. Maguire (I.D. #4261)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888
sbalick@ashby-geddes.com
jday@ashby-geddes.com
lmaguire@ashby-geddes.com

*Attorneys for Defendants*

*Of Counsel:*

David T. Pritikin
William H. Baumgartner, Jr.
Paul E. Veith
Russell E. Cass
Sidley Austin LLP
One South Dearborn
Chicago, IL  60603
(312) 853-7000

Dated: February 6, 2008

186758.1