IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BOSTON SCIENTIFIC CORPORATION and BOSTON SCIENTIFIC SCIMED, INC., <br><br> Plaintiffs, <br><br> v. <br><br> JOHNSON & JOHNSON, INC. and CORDIS CORPORATION, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 07-333-SLR <br> Civil Action No. 07-348-SLR <br> Civil Action No. 07-409-SLR <br> Civil Action No. 07-765-SLR |

## NOTICE OF SERVICE

The undersigned hereby certifies that on the 2nd day of April, 2008, **JOHNSON & JOHNSON, INC. AND CORDIS CORPORATION'S RESPONSES TO BSC'S SECOND SET OF REQUESTS FOR THE PRODUCTION OF DOCUMENTS AND THINGS (NOS. 66-126)** was served upon the following counsel of record at the address and in the manner indicated:

Josy W. Ingersoll, Esquire                                   HAND DELIVERY
Young Conaway Stargatt & Taylor LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE  19801

Richard L. DeLucia, Esquire                                  VIA ELECTRONIC MAIL
Kenyon & Kenyon
One Broadway
New York, NY  10004

*Of Counsel:*

David T. Pritikin
William H. Baumgartner, Jr.
Russell E. Cass
Andrew R. Hein
Jon M. Spanbauer
Sidley Austin LLP
One South Dearborn
Chicago, IL 60603
(312) 853-7000

Dated: April 2, 2008
188118.1

ASHBY & GEDDES

/s/ *Lauren E. Maguire*
_____
Steven J. Balick (I.D. #2114)
John G. Day (I.D. #2403)
Lauren E. Maguire (I.D. #4261)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888
sbalick@ashby-geddes.com
jday@ashby-geddes.com
lmaguire@ashby-geddes.com

*Attorneys for Defendants Johnson and Johnson, Inc. and Cordis Corporation*