IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BOSTON SCIENTIFIC CORPORATION and BOSTON SCIENTIFIC SCIMED, INC., <br><br> Plaintiffs, <br><br> v. <br><br> JOHNSON & JOHNSON, INC. and CORDIS CORPORATION, <br><br> Defendants. | Civil Action No. 07-333-SLR |
| BOSTON SCIENTIFIC CORPORATION and BOSTON SCIENTIFIC SCIMED, INC., <br><br> Plaintiffs, <br><br> v. <br><br> JOHNSON & JOHNSON, INC. and CORDIS CORPORATION, <br><br> Defendants. | Civil Action No. 07-348-SLR |
| BOSTON SCIENTIFIC CORPORATION and BOSTON SCIENTIFIC SCIMED, INC., <br><br> Plaintiffs, <br><br> v. <br><br> JOHNSON & JOHNSON, INC. and CORDIS CORPORATION, <br><br> Defendants. | Civil Action No. 07-409-SLR |

|  |  |
|---|---|
| BOSTON SCIENTIFIC CORPORATION and<br>BOSTON SCIENTIFIC SCIMED, INC.,<br><br>          Plaintiffs,<br><br>     v.<br><br>JOHNSON & JOHNSON, INC. and<br>CORDIS CORPORATION,<br><br>          Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 07-765-SLR<br>)<br>)<br>)<br>)<br>)<br>) |

### STIPULATION AND ORDER TO AMEND THE SCHEDULE

WHEREBY the parties state that they have been engaged in good faith efforts to complete document production, and have been or will be producing a substantial portion of their document productions by April 11, 2008.

WHEREBY the parties expect that additional documents will need to be produced after April 11, 2008,

IT IS HEREBY STIPULATED AND AGREED that, subject to the approval and order of the Court, the scheduling orders in the above actions (D.I. 19, C.A. No. 07-333-SLR; D.I. 17, C.A. No. 07-348-SLR; D.I. 18, C.A. No. 07-409-SLR; D.I. 25, C.A. No. 07-765-SLR ) are amended to extend the document production deadline from April 11 to May 16, 2008. No other dates on the scheduling order are amended.

| YOUNG, CONAWAY, STARGATT & TAYLOR, LLP | ASHBY & GEDDES |
|---|---|
| /s/ Karen E. Keller | /s/ John G. Day |
| Josy W. Ingersoll (#1088) | Steven J. Balick (#2114) |
| Karen E. Keller (#4489) | John G. Day (#2403) |
| 1000 West Street, 17th Floor | Lauren E. Maguire (#4261) |
| P.O. Box 391 | 500 Delaware Avenue, 8th Floor |
| Wilmington, DE 19899 | P.O. Box 1150 |
| (302) 571-6600 | Wilmington, DE 19899 |
| jingersoll@ycst.com | (302) 654-1888 |
| | sbalick@ashby-geddes.com |
| *Attorneys for Plaintiffs* | *Attorneys for Defendants* |

SO ORDERED this _____ day of _____, 2008.

_____
United States District Judge