IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BOSTON SCIENTIFIC CORPORATION and<br>BOSTON SCIENTIFIC SCIMED, INC.,<br><br>Plaintiffs,<br><br>vs.<br><br>JOHNSON and JOHNSON, INC. and CORDIS<br>CORPORATION,<br><br>Defendants. | )<br>)<br>) Civil Action Nos. 07-333-SLR<br>)                                   07-348-SLR<br>)                                   07-409-SLR<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF SERVICE

The undersigned hereby certifies that on the 12th day of May, 2008 **JOHNSON AND JOHNSON, INC. AND CORDIS CORPORATION'S SUPPLEMENTAL RESPONSES TO PLAINTIFFS' FIRST SET OF INTERROGATORIES (NOS. 1-6)** was served upon the following counsel of record at the address and in the manner indicated:

Josy W. Ingersoll, Esquire                                              HAND DELIVERY
Young Conaway Stargatt & Taylor LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801


Richard L. DeLucia, Esquire                                         VIA ELECTRONIC MAIL
Kenyon & Kenyon
One Broadway
New York, NY  10004

{00216214;v1}

|  |  |
|---|---|
|  | ASHBY & GEDDES |
|  |  |
|  | */s/ John G. Day* |
|  | _____ |
|  | Steven J. Balick (I.D. #2114) |
|  | John G. Day (I.D. #2403) |
|  | Lauren E. Maguire (I.D. #4261) |
|  | 500 Delaware Avenue, 8th Floor |
|  | P.O. Box 1150 |
|  | Wilmington, DE 19899 |
|  | 302-654-1888 |
| *Of Counsel:* | *Attorneys for Defendants* |

*Of Counsel:*

David T. Pritikin
William H. Baumgartner, Jr.
Russell E. Cass
SIDLEY AUSTIN LLP
One South Dearborn
Chicago, IL  60603
Telephone:  (312) 853-7000

Dated: May 12, 2008

{00216214;v1}