# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BOSTON SCIENTIFIC CORPORATION and BOSTON SCIENTIFIC SCIMED, INC., )<br><br>Plaintiffs, )<br><br>v. )<br><br>JOHNSON & JOHNSON, INC. and CORDIS CORPORATION, )<br><br>Defendants. ) | Civil Action No. 07-333-SLR<br>Civil Action No. 07-348-SLR<br>Civil Action No. 07-409-SLR<br>Civil Action No. 07-765-SLR |

## STIPULATION AND ORDER TO AMEND THE SCHEDULE

WHEREBY the parties state that they have been actively engaged in good faith efforts to complete document production, and have produced a substantial portion of their document productions by May 16, 2008.

WHEREBY the parties expect that additional documents will need to be produced after May 16, 2008,

IT IS HEREBY STIPULATED AND AGREED that, subject to the approval and order of the Court, the scheduling orders in the above actions (D.I. 19, C.A. No. 07-333-SLR; D.I. 17, C.A. No. 07-348-SLR; D.I. 18, C.A. No. 07-409-SLR; D.I. 25, C.A. No. 07-765-SLR) are amended to extend the document production deadline from May 16 to June 30, 2008.

{00218096;v1}                             1

| YOUNG, CONAWAY, STARGATT & TAYLOR, LLP | ASHBY & GEDDES |
|---|---|
| */s/ Karen E. Keller* | */s/ Lauren E. Maguire* |
| _____ | _____ |
| Josy W. Ingersoll (#1088) | Steven J. Balick (#2114) |
| Karen E. Keller (#4489) | John G. Day (#2403) |
| 1000 West Street, 17th Floor | Lauren E. Maguire (#4261) |
| P.O. Box 391 | 500 Delaware Avenue, 8th Floor |
| Wilmington, DE 19899 | P.O. Box 1150 |
| (302) 571-6600 | Wilmington, DE 19899 |
| jingersoll@ycst.com | (302) 654-1888 |
| kkeller@ycst.com | sbalick@ashby-geddes.com |
|  | jday@ashby-geddes.com |
|  | lmaguire@ashby-geddes.com |
| *Attorneys for Plaintiffs* | *Attorneys for Defendants* |

SO ORDERED this _____ day of _____, 2008.

_____
United States District Judge