IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BOSTON SCIENTIFIC CORPORATION and BOSTON SCIENTIFIC SCIMED, INC., <br><br> Plaintiffs, <br><br> v. <br><br> JOHNSON & JOHNSON, INC. and CORDIS CORPORATION, <br><br> Defendants. | Civil Action No. 07-333-SLR <br> Civil Action No. 07-348-SLR <br> Civil Action No. 07-409-SLR |

### STIPULATION TO AMEND SCHEDULING ORDERS

IT IS HEREBY STIPULATED BY THE PARTIES, subject to the approval of the Court, that the following Scheduling Orders:

C.A. No. 07-333-SLR:  D.I. 19, entered 11/20/2007 (as amended 04/15/2008, D.I. 41) (and as amended 04/15/2008, D.I. 44);

C.A. No. 07-348-SLR:  D.I. 17, entered 11/20/2007 (as amended 04/15/2008, D.I. 39) (and as amended 05/21/2008, D.I. 42); and

C.A. No. 07-409-SLR:  D.I. 18, entered 10/11/2007 (as amended 04/15/2008, D.I. 43) (and as amended 05/21/2008, D.I. 46);

be further amended as follows:

| Event | Current Date | New Date |
|---|---|---|
| Fact discovery deadline | August 22, 2008 | November 7, 2008 |
| Document production completed | June 30, 2008 | July 25, 2008 |
| Expert discovery deadline | November 28, 2008 | February 3, 2009 |
| Opening expert reports | October 3, 2008 | November 25, 2008 |

{00230206;v1}

| Event | Current Date | New Date |
|---|---|---|
| Rebuttal expert reports | October 31, 2008 | December 22, 2008 |
| Supplementations under Rule 26(c) | July 11, 2008 | October 3, 2008 |
| Discovery status conference | June 23, 2008 @ 4:30 pm | August 6, 2008 @ 4:30 pm |
| Motions to join other parties and amend the pleadings | June 27, 2008 | July 25, 2008 |
| Summary judgment motions and opening briefs | January 23, 2009 | February 17, 2009 |
| Summary judgment opposition papers | February 20, 2009 | March 17, 2009 |
| Summary judgment reply papers | March 13, 2009 | March 27, 2009 |
| Joint Claim Construction Statement | December 19, 2008 | February 3, 2009 |
| Opening claim construction briefs | January 23, 2008 | February 17, 2009 |
| Responsive claim construction briefs | February 20, 2009 | March 17, 2009 |

All other provisions of the above-referenced Scheduling Orders shall remain unchanged.

| YOUNG CONAWAY STARGATT & TAYLOR, LLP | ASHBY & GEDDES |
|---|---|
| /s/ Karen L. Pascale | /s/ Lauren E. Maguire |
| Josy W. Ingersoll (#1088)<br>Karen L. Pascale (#2903)<br>Karen E. Keller (#4489)<br>Andrew A. Lundgren (#4429)<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>Wilmington, DE 19801<br>(302) 571-6600<br>jingersol@ycst.com<br>kpascale@ycst.com<br>lkeller@ycst.com<br>alundgren@ycst.com | Steven J. Balick (#2114)<br>John G. Day (#2403)<br>Lauren E. Maguire (#4261)<br>500 Delaware Avenue, 8th Floor<br>P.O. Box 1150<br>Wilmington, DE 19899-1150<br>(302) 654-1888<br>sbalick@ashby-geddes.com<br>jday@ashby-geddes.com<br>lmaguire@ashby-geddes.com |
| *Attorneys for Boston Scientific Corporation and Boston Scientific Scimed, Inc.* | *Attorneys for Cordis Corporation and Johnson & Johnson, Inc.* |

SO ORDERED this _____ day of _____, 2008.

_____
United States District Judge