IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BOSTON SCIENTIFIC CORPORATION and BOSTON SCIENTIFIC SCIMED, INC., <br><br>Plaintiffs, <br><br>v. <br><br>JOHNSON & JOHNSON, INC. and CORDIS CORPORATION, <br><br>Defendants. | Civil Action No. 07-333-SLR |
| BOSTON SCIENTIFIC CORPORATION and BOSTON SCIENTIFIC SCIMED, INC., <br><br>Plaintiffs, <br><br>v. <br><br>JOHNSON & JOHNSON, INC. and CORDIS CORPORATION, <br><br>Defendants. | Civil Action No. 07-348-SLR |
| BOSTON SCIENTIFIC CORPORATION and BOSTON SCIENTIFIC SCIMED, INC., <br><br>Plaintiffs, <br><br>v. <br><br>JOHNSON & JOHNSON, INC. and CORDIS CORPORATION, <br><br>Defendants. | Civil Action No. 07-409-SLR |

| | |
|---|---|
| BOSTON SCIENTIFIC CORPORATION and )<br>BOSTON SCIENTIFIC SCIMED, INC., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>JOHNSON & JOHNSON, INC. and )<br>CORDIS CORPORATION, )<br>)<br>Defendants. )<br>) | Civil Action No. 07-765-SLR |

## MOTION AND ORDER FOR ADMISSIONS *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission *pro hac vice* of the following attorney to represent the plaintiffs in this matter:

>Jeffrey Ginsberg
>KENYON & KENYON LLP
>One Broadway
>New York, New York 10004
>(212) 425-7200

In accordance with Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 per attorney, if not paid previously, will be submitted to the Clerk's Office upon the filing of this motion.

2

YOUNG CONAWAY STARGATT & TAYLOR LLP

Dated: July 25, 2008

/s/ Karen E. Keller
_____
Josy W. Ingersoll (No. 1088) [jingersoll@ycst.com]
Karen L. Pascale (No. 2903) [kpascale@ycst.com]
Karen E. Keller (No. 4489) [kkeller@ycst.com]
Andrew A. Lundgren (No. 4429) [alundgren@ycst.com]
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
(302) 571-6600

*Attorneys for Plaintiffs,*
*Boston Scientific Corporation and*
*Boston Scientific Scimed, Inc.*

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for the admission *pro hac vice* of Jeffrey Ginsberg is GRANTED.

Dated: July ____, 2008

_____
UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

I, Karen E. Keller, Esquire, hereby certify that on July 25, 2008, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

> Steven J. Balick, Esquire [sbalick@ashby-geddes.com]
> John G. Day, Esquire [jday@ashby-geddes.com]
> Lauren E. Maguire, Esquire [lmaguire@ashby-geddes.com]
> ASHBY & GEDDES
> 500 Delaware Avenue, 8th Floor
> Wilmington, DE 19801

I further certify that on July 25, 2008, I caused a copy of the foregoing document to be served by e-mail on the above-listed counsel and on the following non-registered participants in the manner indicated:

> ### *By E-Mail*
>
> David T. Pritikin, Esquire [dpritikin@sidley.com]
> William H. Baumgartner, Esquire [wbaumgartner@sidley.com]
> Paul E. Veith, Esquire [pveith@sidley.com]
> Russell E. Cass, Esquire [rcass@sidley.com]
> SIDLEY AUSTIN LLP
> One South Dearborn
> Chicago, IL 60603

>> YOUNG CONAWAY STARGATT & TAYLOR, LLP
>>
>> /s/ Karen E. Keller
>> _____
>> Josy W. Ingersoll (#1088) [jingersoll@ycst.com]
>> Karen L. Pascale (#2903) [kpascale@ycst.com]
>> Karen E. Keller (#4489) [kkeller@ycst.com]
>> Andrew A. Lundgren (#4429) [alundgren@ycst.com]
>> The Brandywine Building
>> 1000 West Street, 17th Floor
>> Wilmington, Delaware 19801
>> (302) 571-6600
>> *Attorneys for Plaintiffs, Boston Scientific Corporation and Boston Scientific Scimed, Inc.*

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of New Jersey, New York and Pennsylvania and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 will be paid to the Clerk of Court.

Jeffrey S. Ginsberg
Kenyon & Kenyon LLP
One Broadway
(212) 425-7200

Date: July 25, 2008