IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BOSTON SCIENTIFIC CORPORATION and BOSTON SCIENTIFIC SCIMED, INC.,    )<br>)<br>)<br>)<br>Plaintiffs,    )<br>)<br>v.    )<br>)<br>JOHNSON & JOHNSON, INC. and CORDIS CORPORATION,    )<br>)<br>)<br>Defendants.    )<br>) | Civil Action No. 07-333-SLR<br>Civil Action No. 07-348-SLR<br>Civil Action No. 07-409-SLR<br>Civil Action No. 07-765-SLR |

**NOTICE OF SERVICE**

PLEASE TAKE NOTICE that on July 25, 2008, copies of: *BSC's Supplemental Responses to Cordis's First Set of Interrogatories (Nos. 1-2)* were served upon the following counsel of record in the manner indicated:

**By Hand Delivery and E-Mail**

Steven J. Balick, Esquire
    [sbalick@ashby-geddes.com]
John G. Day, Esquire
    [jday@ashby-geddes.com]
Lauren E. Maguire, Esquire
    [lmaguire@ashby-geddes.com]
ASHBY & GEDDES
500 Delaware Avenue, 8th Floor
Wilmington, DE 19801

**By E-Mail**

David T. Pritikin, Esquire
    [dpritikin@sidley.com]
William H. Baumgartner, Esquire
    [wbaumgartner@sidley.com]
Paul E. Veith, Esquire
    [pveith@sidley.com]
Russell E. Cass, Esquire
    [rcass@sidley.com]
SIDLEY AUSTIN LLP
One South Dearborn
Chicago, IL 60603

Additionally, the undersigned hereby certifies that on July 28, 2008, this Notice of

Service was electronically filed with the Clerk of the Court using CM/ECF and served upon the

following counsel of record in the manner indicated above.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Karen L. Pascale (No. 2903) [kpascale@ycst.com]
Karen E. Keller (No. 4489) [kkeller@ycst.com]
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
(302) 571-6600

*Attorneys for Plaintiffs*
*Boston Scientific Corporation and*
*Boston Scientific Scimed, Inc.*

OF COUNSEL:

Richard L. DeLucia
Paul M. Richter
Michael K. Levy
KENYON & KENYON LLP
One Broadway
New York, New York 10004
(212) 425-7200


Dated:  July 28, 2008

DB01:2526958.1

054604.1003